**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>YONG KANG LAS VEGAS ASSISTED LIVING CENTER, LLC,<br><br>    Debtor<br><br>RYAN A. ANDERSEN, AS TRUSTEE OF THE BANKRUPTCY ESTATE OF YONG KANG LAS VEGAS ASSISTED LIVING CENTER, LLC,<br><br>    Plaintiff<br><br>v.<br><br>WEI LI, et al.,<br><br>    Defendants | Case No.: 2:24-cv-02044-GMN-DJA<br><br>**Order Designating Judge Navarro to Decide Withdrawal of the Reference** |

    Chief Bankruptcy Judge Landis, *sua sponte*, requested that this court consider withdrawal of the reference of this case from the bankruptcy court. ECF No. 1. Local Bankruptcy Rule 5011(e) provides: "Any motion and any request by the bankruptcy court on its own to withdraw the reference must be referred to the chief district judge or the chief district judge's designee for decision in the district court."

    I HEREBY DESIGNATE Judge Gloria M. Navarro to decide the request for withdrawal of the reference.

    DATED this 12th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE